STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ROY BELL, EDWARD CHISONE, a/k/a EDWARD SHARIEFF, WILLIAM JASPER, a/k/a MULIK MUHAMMED, AND DENNIS SIMS, DEFENDANTS-PETITIONERS.

Mr. *Stanley C. Van Ness* and Mr. *Thomas P. Kelly* for the petitioners.

Mr. *Joseph P. Lordi* and Mr. *M. Richard Altman* for the respondent.

December 9, 1969. Denied.

LAWRENCE J. MC LAUGHLIN, *ET AL.*, PLAINTIFFS-PETITIONERS, v. ROVA FARMS, INC., *ET AL.*, DEFENDANTS-RESPONDENTS.

Messrs. *Gelman & Gelman* and Mr. *Richard Wildstein* for the petitioners.

Messrs. *Liebowitz, Krafte & Liebowitz* for the respondents.

December 9, 1969. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. LE ROY HOLMES, DEFENDANT-PETITIONER.

Mr. *LeRoy Holmes in propria persona.*

Mr. *Leo Kaplowitz* and Mr. *Arthur J. Timins,* for the respondent.

December 9, 1969. Denied.